UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | GRAND JURY ORIGINAL |
| DAVID VYNER, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 1546 |
| | : | (Fraud and Misuse of Visas, Permits, and Other Documents) |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 28, 2010, within the District of Columbia, defendant **DAVID VYNER** knowingly altered a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, namely, an Albanian diplomatic passport issued to Adrian Shima, and possessed such document knowing it to be altered and to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained.

**(Fraud and Misuse of Visas, Permits and Other Documents**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated as if set forth herein.

2. On or about December 28, 2010, within the District of Columbia, defendant **DAVID VYNER** knowingly possessed, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraud and misuse of visas, permits, and other documents, as specified in Count One of this Indictment, and such means of identification consisted of an Albanian diplomatic passport issued to Adrian Shima.

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

A TRUE BILL

FOREPERSON

Ronald C. Machen, Jr./JCP
Attorney of the United States in
and for the District of Columbia