## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:   11-144 (RJL) |
| | : | |
| v. | : | |
| | : | 18 U.S.C. § 1546(a) |
| DAVID VYNER, | : | (Fraud and Misuse of Visas, Permits, |
| | : | And Other Documents) |
| | : | |
| Defendant. | : | |

**FILED**

APR 2 5 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Statement of Offense to allege facts that the United States would have proven if this matter had gone to trial.   The facts alleged below show, beyond a reasonable doubt, that on or about December 28, 2010, David Vyner (hereinafter "the defendant") violated 18 U.S.C. § 1546(a), Fraud and Misuse of Visas, Permits, and Other Documents by his knowing possession of an altered foreign passport.

### THE DEFENDANT'S COMMISSION OF THE OFFENSE

1.      The defendant admits that in the summer of 2007, Adrian Shima went to the defendant's office in Florida, where he met with the defendant to seek his assistance in obtaining a green card. Subsequent thereto, he gave the defendant his expired Albanian Passport.

2.      On December 16, 2010, a judge of the Circuit Court of Broward County, Florida, issued a warrant for the defendant's arrest on state felony charges including Organized Fraud and four counts of Unlicensed Practice of Law arising from complaints that he had obtained "fees" from people to whom he purported to be an immigration attorney. Thereafter, the United States

*D.V*

Marshals Service learned that, on December 28, 2010, the defendant and a female companion had checked into Room 616 of the Days Inn Hotel located at 4400 Connecticut Avenue, N.W., in Washington, D.C. Later that afternoon, Deputy United States Marshals went to the hotel to execute the arrest warrant. They arrested the defendant in the lobby. Room 616 was secured while a search warrant was obtained.

3. On December 30, 2010, DSS Special Agents executed a Federal criminal search warrant at Room 616 and seized numerous items, including an Albanian diplomatic passport issued in the name of Adrian Shima (hereinafter "the Shima passport"), but bearing a passport photograph of the defendant. Also recovered from Room 616 was a sheet of passport photographs of the defendant identical to the photograph in the Shima passport; one photograph had been cut from the sheet. The Shima passport contained an expiration date of January 25, 2010 and a stamped entry of "VALID UNTIL DEC 2015" in an area intended to depict the date to which the passport's validity had been renewed. Also recovered from Room 616 was a rubber stamp that, when used, left an imprint that was identical to the above-noted stamped entry in the Shima passport. Other items seized from Room 616 included inkpads, an X-ACTO knife, a metal-edged ruler, laminating materials, a counterfeit test pen, and glue sticks.

4. The defendant admits that on December 28, 2010, in room 616 of the Days Inn Hotel located at 4400 Connecticut Avenue, N.W., in Washington, D.C., he knowingly possessed the expired Albanian passport that had been issued to Adrian Shima and the other items listed in paragraph 3 above and seized from room 616 of the Days Inn Hotel on December 30, 2010.

5. The defendant admits that on December 28, 2010 he knew that Mr. Shima's expired passport had been altered in that Mr. Shima's photograph had been removed and replaced with a photograph of the defendant.



## CONCLUSION

6.     The above evidence establishes beyond a reasonable doubt that, on or about December 28, 2010, at Room 616 of the Days Inn Hotel located at 4400 Connecticut Avenue, N.W., in Washington, D.C., the defendant knowingly possessed, without lawful authority, an altered Albanian diplomatic passport.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By:     _____

David J. Mudd
Washington, D.C. Bar No. 995154
Special Assistant United States Attorney
National Security Section
555 4th Street, N.W., 11th Floor
Washington, D.C.   20530
(202) 252-7785
david.mudd2@usdoj.gov

### Defendant's Acceptance of Statement of Offense

I have read this Statement of Offense in Support of Guilty Plea and carefully reviewed every part of it with my attorney.   I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it.   I fully understand this Statement of Offense and voluntarily agree to it.   No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.   No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

4/25/2014
_____
Date

_____
David Vyner
Defendant

3

## Defense Counsel's Acknowledgment

I am David Vyner's attorney.   I have reviewed every part of this Statement of Offense in Support of Guilty Plea with him.   It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.


_____4/25/14_____
Date

_____
Richard Seligman, Esq.
Counsel for the Defendant

4